DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISAAC ROLDY LOUINISTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-617

[September 8, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2017-CF-008227-AXXX-MB.

Michael Salnick of Law Offices of Salnick & Fuchs, PA, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***